Jacob Meyerson, Appellant and Respondent, *v.* Mollie Weiss-man, Respondent and Appellant.

Argued October 21, 1952; decided November 20, 1952.

*Benjamin M. Goldstein* for appellant-respondent.

*Ellsworth Baker* for respondent-appellant.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.